



## MEMORANDUM OPINION

No. 04-11-00419-CV

Caryn D'Ann **LANE**,
Appellant

v.

Darryl Gregg **LANE**,
Appellee

From the County Court at Law, Val Verde County, Texas
Trial Court No. 2,795
Honorable Sergio J. Gonzalez, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Justice
            Phylis J. Speedlin, Justice
            Rebecca Simmons, Justice

Delivered and Filed:  July 20, 2011

DISMISSED

Appellant filed a motion to dismiss this appeal, which is granted, and the appeal is

dismissed.  *See* TEX. R. APP. P. 42.1(a)(1).


PER CURIAM